UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. ~~23~~CR1358-JO |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JOSEPH ALLEN ROMERO (2), | |
| Defendant. | |

WHEREAS, in the Information the United States sought forfeiture of all right, title, and interest in the specific properties of Defendant, JOSEPH ALLEN ROMERO, ("Defendant"), pursuant to Title 21, United States Code, Section 853, as property constituting, or derived from, any proceeds Defendant obtained directly or indirectly and as property used or intended to be used in any manner or part, to commit, and to facilitate the violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in Count 1 of the Information; and

WHEREAS, on or about November 28, 2023, Defendant pled guilty before Magistrate Judge David D. Leshner to Count 1 of the Information, which plea included consent to the forfeiture allegations of the Information, and consent to the forfeiture of all firearms and ammunition seized in connection with the case pursuant to Title 21, United States Code, Section 853, including but not limited to the following:

   a. A Rock Island Armory M1911 bearing serial number RIA2371418;

    b. An AR-15 rifle with no serial number;

    c. A Glock 27 .40 caliber handgun bearing serial number SMZ242;

    d. A tan P80 9mm unserialized handgun;

    e. A black P80 9mm unserialized handgun;

    f. Various ammunition and magazines; and

WHEREAS, on January 24, 2024, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited firearms and ammunition and the offense; and

WHEREAS, the following firearms and ammunition are currently in the custody of the San Diego Police Department:

    a. A Rock Island Armory M1911 bearing serial number RIA2371418;

    b. An AR-15 rifle with no serial number;

    c. A Glock 27 .40 caliber handgun bearing serial number SMZ242;

    d. A tan P80 9mm unserialized handgun;

    e. A black P80 9mm unserialized handgun;

    f. Various ammunition and magazines; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant, JOSEPH ALLEN ROMERO, in the above-mentioned firearms and ammunition, which are currently in the custody of the San Diego Police Department are hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853. The Court orders that the San Diego Police Department shall dispose of the firearms and ammunition according to law, when no longer needed for evidence.

2. No ancillary proceedings or further forfeiture action is required as to Defendant, JOSEPH ALLEN ROMERO, for this criminal case.

3. Pursuant to rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 2/20/24

Honorable Jinsook Ohta
United States District Judge